July 5, 2005

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-5438
Fax: (412) 565-3019

Robert V. Barth, Jr., Clerk
United States District Court
 for the Western District
 of Pennsylvania
Grant Street
819 U.S. Post Office & Courthouse
Pittsburgh, Pennsylvania   15219

Re:   <u>Felgar v. Pa Board of Probation and Parole</u>
        Civil Action No.  04-196 Erie

Dear Mr. Barth:

Please file the enclosed Withdrawal/Entry of Appearance in the above-captioned case.

Thank you.


Sincerely yours,



Kemal Alexander Mericli
Senior Deputy Attorney General

KAM/pm
Enclosure

cc:  John E. Felgar, FB-9616

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Withdrawal/Entry of Appearance was served upon the following individuals via first-class mail on July 5, 2005:

John E. Felgar, FB-9616
State Correctional Institution
 at Albion
10745 Route 18
Albion, PA 16475

                                          By:   /s/ Kemal Alexander Mericli
                                                     Kemal Alexander Mericli
                                                     Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  July 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN E. FELGAR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.   04-196 Erie |
| | ) |
| PENNSYLVANIA BOARD OF | ) |
| PROBATION AND PAROLE, | ) |
| | ) |
| Respondent. | ) |

## WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General, and enter my appearance Kemal Alexander Mericli, Senior Deputy Attorney General on behalf of the Pennsylvania Board of Probation and Parole in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   /s/ Kemal Alexander Mericli
Kemal Alexander Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date: July 5, 2005