# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

John E. Felgar _____ )
_____ )
_____ )
                        Plaintiff )          No.          CA 04-196 Erie
                             vs.   )
PA Board of Probation & Parole     )
_____ )
_____ )
                        Defendant )

HEARING ON  September 15, 2005 (via telephone) – Motion for Preliminary Injunction (Doc #25)

Before  U. S. Magistrate Judge Susan Paradise Baxter

John E. Felgar, pro se _____          Kemal Mericli, Esq., A.G.'s Office _____
_____               _____

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  2·00 pm                            Hearing Adjourned to _____

Hearing concluded C.A.V.  2:40 pm                 Stenographer Ron Bench _____
                                                  CD:          Index:

**WITNESSES**

For Plaintiff                                     For Defendant

Plaintiff's Motion for Preliminary Injunction (Document #25) held in abeyance
until Friday, September 23, 2005 at 10:00 am