IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

John E. Felgar                    :
    Petitioner              :
                                     :        Civil Action # 04-196E
    vs                             :

PA. BD. Of Prob. and Paraole,    :
ET Al
    Respondent.                    :

## MOTION FOR EXTENSION OF TIME

Petitioner, John E. Felgar, in support of the within motion, respectfully represents as follows:

1. A hearing has been set on September 23, 2005, concerning a preliminary injuction in the above captioned matter.

2. Petitioner is in the process of researching case law and obtaining co-counsel to assist him in this matter.

3. This requset is not intended to prejudice the respondent's interest, nor is it believed that such prejudice will result in the delay.

WHEREFORE, Petitioner respectfully request an extension of the time until November 1, 2005, to retain co-counsel and further research of case law in the above captioned matter concerning a Preliminary Injunction.

Date: 9-19-05

Respectfully Submitted

*John E. Felgar*
John E. Felgar, FB9616
        Petitioner
SCI Albion
10745, Route 18
Albion PA 16475-0002

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of the within Motion for Extension of Time was served upon the Following individuals via first class mail on September      , 2005:

Office of Attorney General
Commonwealth of Pennsylvania
564 Forbes Avenue
Manor Complex
Pittsburgh PA 15219

CLErKS oFFicE
UNITED STATES DISTRICT COURT
P.O. Box 1820
ErIE, PA. 16507

DATE: 9-19-05

*John E. Felgar*
John E. Felgar, FB9616
SCI Albion
10745, Route 18
Albion PA 16475-0002