IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John E. Felgar<br>    Petitioner | :<br>:  Civil Action # 04-196E |
| vs | : |
| PA. BD. of Prob. and Parole,<br>ET AL<br>    Respondent. | :<br>:<br>: |

### ORDER OF THE COURT

**AND NOW**, this _____ day of _____, upon consideration of the foregoing motion for Extension of Time, it is hereby ORDERED that the Petitioner be granted an extension until November 1, 2005, for further research of the case law and to retain co-counsel concerning the Hearing for a Pleliminary Injection in the above captioned matter.

                                                    BY THE COURT:


                                                    _____
                                                                      J.