IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN E. FELGAR,<br>        Petitioner<br>    v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE, et al.,<br>        Respondents | C.A. No. 04-196 ERIE<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this 22nd day of September, 2005;

IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time [Document # 29] is DENIED. If Plaintiff so desires, he may file another motion for preliminary injunction after he retains counsel; however, his pending motion for preliminary injunction [Document # 25] will be heard by this Court on Friday, September 23, 2005, at 10:00 a.m.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                S/Susan Paradise Baxter
                                                SUSAN PARADISE BAXTER
                                                Chief U.S. Magistrate Judge