# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

John E. Felgar )
)
)
Plaintiff )
vs. )   No.   CA 04-196 Erie
Pennsylvania Board of Probation & Parole )
)
)
Defendant )

HEARING ON   September 23, 2005 Continuation of Motion Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

John E. Felgar, pro se          Kemal Mericli, Esq., A.G.'s Office

Appear for Plaintiff          Appear for Defendant

Hearing Begun   10:10 am          Hearing Adjourned to

Hearing concluded C.A.V.   11:05 am          Stenographer Janis Ferguson
CD:          Index:

WITNESSES
For Plaintiff          For Defendant

Motion for Preliminary Injunction (Doc #25) will be denied because it is requesting order that would be dispositive of habeas corpus petition. R&R to follow.