October 14, 2005

CA 04-196E

To: Clerk's Office
United States District Court
P.O. Box 1820
Erie, PA 16507

Re: <u>Felgar v. Pa. Bd. of Probation & Parole</u>, Civil Action No. <u>04-196E</u>

From: John E. Felgar, pro se Petitioner
30 South Pickering Street
Brookville, PA 15825-1419

Dear Sir/Madam:

This letter is to inform you of the petitioners release from S.C.I. Albion on, 10-10-05, and to advise you of the petitioners newly change of address above. Please file the attached motion for extension of time. Thank-you.

Sincerely,

*John E. Felgar*

John E. Felgar
Pro Se Petitioner

CC.File
Attorney Generals Office