IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN E. FELGAR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs | ) CIVIL ACTION NO. 04-196 ERIE |
| | ) |
| PA. BD. OF PROBATION & PAROLE, | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR EXTENSION OF TIME

Petitioner, John E. Felgar, in support of the within motion respectfully represents as follows:

1. On September 29, 2005, the Honorable Judge Susan Paradise Baxter issued a magistrate judge's report and recommendation and order denying the petitioners motion for a preliminary injunction in the above captioned matter.

2. Petitioner is in the process of retaining counsel and requests this Honorable court for an extention of time to file objections to the magistrate Judge's report and recommendation.

WHEREFORE, Petitioner respectfully request an extension of time until November 25, 2005, to file objections in the above matter.

Date: 10/14/05

Respectfully Submitted,

John E. Felgar
Pro Se Litigant
130 South Pickering St.
Brookville, PA 15825-1419
Ph. # 814-849-3700

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the within **Motion for Extension of Time** was served upon the following via first-class mail on October 14, 2005:

| | |
|---|---|
| Office of Attorney General<br>Commonwealth of Pennsylvania<br>564 Forbes Avenue<br>Manor Complex<br>Pittsburgh, PA  15219 | Clerk's Office<br>United States District Court<br>P.O. Box 1820<br>Erie, PA  16507 |

 

*[signature: John E. Felgar]*
John E. Felgar, Pro se