**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN E. FELGAR,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs** | ) **CIVIL ACTION NO. 04-196 ERIE** |
| | ) |
| **PA. BD. OF PROBATION & PAROLE,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER OF COURT**

AND NOW, this ____day of _____2005, upon consideration of the

foregoing Motion for Extension of time, it is hereby ORDERED that the petitioner be

granted an extension until November 25, 2005, to file objections to the Magistrate

Judge's report and recommendation concerning the denial of Motion for Preliminary

Injunction in the above captioned matter.

BY THE COURT

_____
                    J.