IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


John E. Felgar,
         Petitioner,             Civil Action No.# 04-196E
    vs.
PA. Bd. of Prob. & Parole, Et Al.,
         Respondent.


## PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

NOW COMES, John E. Felgar, Pro Se, Petitioner, with objections to Magistrate Judge's report and recommendation in reference to the denial on the motion for preliminary injunction and states as follows:

1. Petitioner objects to the Magistrate Judge's report where in the first paragraph it states that the petitioner is "claiming that he has been incar--cerated illegally since April 2004."

**RECEIVED**

**NOV 2 8 2005**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

( 1 )

2. Petitioner objects to the Magistrate Judge's report where it bases the Petitioner's institution of this habeas corpus action on a moot motion (SEE: Document #6 Order dismissing as moot) in reference to (Document #3, par. I) as stated in the report.

3. Petitioner avers that this habeas corpus action was instituted on August 3, 2004, by order of this court on July 22, 2004, that the petitioner shall file with the Clerk of Courts the proper form required for a habeas petition. (SEE: Documents #1 and #2).

4. Petitioner avers that he was unlawfully transported and committed to the state correctional institution on August 29, 2002, and was then illegally incarcerated and illegally held and confined by the Department of Corrections and by the Pennsylvania Board of Probation and Parole. (SEE: Document #2, Petition for writ of habeas corpus).

(2)

WhereFore, petitioner submits these
objections to Magistrate Judge's report
which are in error and requests this court
to reconsider the Magistrate Judge's recom-
-mendation and set a date for another hearing
and/or trial in this matter.

Date: 11/25/05

RespectFully Submitted:

John E. Felgar

John E. Felgar
Pro se, Petitioner
130 South Pickering St.
Brookville, PA. 15825

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CERTIFICATE OF SERVICE

I hereby certify that a true and correct
copy of the within Petitioner's objections to
Magistrate Judge's report and recommendation
was served upon the following individuals
via First Class Mail on November 25, 2005:

Office of Attorney General          Clerk's Office
Commonwealth of PA.                 U.S. District Court
564 Forbes Ave                      P.O. Box 1820
6th Floor, Manor Complex            Erie, PA. 16507
Pittsburgh, Pa. 15219               (1) one Original copy
    (1) one copy                    & (1) one copy


Date: 11/25/05                      John E. Felgar
                                    John E. Felgar
                                    Pro se, Petitioner
                                    130 South Pickering St.
                                    Brookville, Pa. 15825

(4)