IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN E. FELGAR, )
)
      Petitioner, )
) Civil Action NO. 04-196 Erie
  v. )
)
PENNSYLVANIA BOARD OF )
PROBATION AND PAROLE, )
)
      Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on July 14, 2004 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 6, 2006, recommended that the petition for writ of habeas corpus be dismissed as moot and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at his address of record and on Respondent. Objections were filed by Petitioner on January 24, 2006. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

    AND NOW, this 31th Day of January, 2006,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot and that a certificate of appealability is DENIED.

    The Report and Recommendation of Magistrate Judge Baxter, dated January 6, 2006, is adopted as the opinion of the Court.

                                  /s  Sean J. McLaughlin
                                       United States District Judge

cm:    All parties of record.
        Susan Paradise Baxter
        U.S. Magistrate Judge