John
130 South McKinley St.
Brockville, PA. 15825

U.S. POSTAGE PAID
BROOKVILLE, PA
15825
MAR 23, 06
0005 0634-09
AMOUNT $1.35

Office of The Clerk
United States District Court
for the Western District
700 Grant Street
Pittsburgh, PA. 15219