**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN E. FELGAR,**           )<br>            **Petitioner**           )<br>       v.                                 )<br>                                              )<br>**PENNSYLVANIA BOARD OF**  )<br>**PROBATION AND PAROLE, et al.,** )<br>            **Respondents.**          ) | **C.A. No. 04-196 Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## ORDER

AND NOW, this 12th day of April, 2006;

IT IS HEREBY ORDERED that Petitioner's "Application to Proceed In Forma Pauperis" [Document # 48] is DENIED. This Court does not have jurisdiction to grant *in forma pauperis* status for appeals to the Third Circuit Court of Appeals. If Petitioner desires to obtain *in forma pauperis* status at the appellate level, he must file an appropriate application with the appellate court.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                                                    S/Susan Paradise Baxter
                                                                    SUSAN PARADISE BAXTER
                                                                    Chief U.S. Magistrate Judge