FPS-276                                                                                                  May 4, 2006
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-1826**

Felgar v. Bd. of Probation and Parole
(W.D. Pa. No. 04-cv-196)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: May 11, 2006

CH/cc: Mr. Gary E. Felgar
       Kemal A. Mericli, Esq.

**FPS-276**                                                                                          May 4, 2006
       UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-1826**

Felgar v. Bd. of Probation and Parole
(W.D. Pa. No. 04-cv-196)

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

---

       The foregoing Motion is granted.  The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

 /s/ Marcia M. Waldron
           Clerk

Dated: May 11, 2006

CH/cc: Mr. Gary E. Felgar
       Kemal A. Mericli, Esq.

**FPS-276** May 4, 2006
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-1826

Felgar v. Bd. of Probation and Parole
(W.D. Pa. No. 04-cv-196)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

_____
    The foregoing Motion is granted. The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: May 11, 2006

CH/cc: Mr. Gary E. Felgar
       Kemal A. Mericli, Esq.