DPS-327                                                                August 31, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-1826**

JOHN E. FELGAR

    VS.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE

    (W.D. Pa. Civ. No. 04-cv-0196)

Present:    FUENTES, VAN ANTWERPEN and CHAGARES, <u>CIRCUIT JUDGES</u>

Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

    Respectfully,

    Clerk

MMW/EGL/ch

_____O R D E R_____

**The foregoing** request for a certificate of appealability is denied because, even assuming that some of appellant's claims did not become moot when he was released from prison, appellant has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). <u>See also</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

    By the Court,

    /s/ *Franklin S. Van Antwerpen*
    Circuit Judge

Dated: September 13, 2006
CH/cc: John E. Felgar
       Kemal A. Mericli, Esq.

**A True Copy**

Marcia M. Waldron, Clerk