OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106-1790

TELEPHONE  
267-299-4926

Clerk of District Court  
(WESTERN DISTRICT - **ERIE**)

Date  **September 13, 2006**

C. of A. Nos.  **06-1826**

**Felgar v. PA Bd Probation.**  
(Caption)

**John E. Felgar**  
(Appellant)

**DC No. 04-cv-00196**  
(D.C. No.)

SCANNED

Enclosures  
**September 13, 2006**  Certified copy of C. of A. Order by the Court in the above case  
(Date)

___**X**___   **We return the Record.**

_____   State Court Record.

___**X**___   Copy of this form to acknowledge receipt and return to C. of A.

Carolyn Hicks    (267)-299-_4926_  
Case Manager    Telephone Number

* _L Martin_    (267)-299-_4914_  
Record Processor    Telephone Number

Receipt Acknowledge:  
_____  
(Name)

09-13-2006

_____  
(Date)

Appeals (Record)

**RECEIVED**

**SEP 1 8 2006**

CLERK U.S. DISTRICT COURT  
WEST. DIST. OF PENNSYLVANIA